NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1098

SOUTHERN GROUTS & MORTARS, INC.,

Plaintiff-Appellant,

v.

LATICRETE INTERNATIONAL, INC.,

Defendant-Appellee.

Shawn L. Birken, Rothstein Rosenfeldt Adler, of Fort Lauderdale, Florida, argued for plaintiff-appellant. On the brief was JanPaul Guzman.

Robert Curcio, DeLio & Peterson, LLC, of New Haven, Connecticut, argued for defendant-appellee. With him on the brief were Anthony P. DeLio and Peter W. Peterson.

Appealed from: United States District Court for the Southern District of Florida

Judge James I. Cohn

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1098

SOUTHERN GROUTS & MORTARS, INC.,

Plaintiff-Appellant,

v.

LATICRETE INTERNATIONAL, INC.,

Defendant-Appellee.

# Judgment

ON APPEAL from the      UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

In CASE NO(S).           06-CV-60119.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam:   (MAYER, <u>Circuit Judge</u>, JACOBS, <u>Chief Judge</u>*, and PROST, <u>Circuit Judge</u>):

<u>AFFIRMED</u>. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED:  <u>October 5, 2007</u>          <u>/s/  Jan Horbaly</u>
                                      Jan Horbaly, Clerk

---

*       Honorable Dennis Jacobs, Chief Judge of the United States Court of Appeals for the Second Circuit, sitting by designation.